*Bolotin* for petitioner. *Mr. M. R. McCown* for respondents.

No. 687. St. Pierre *v.* United States. March 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Edward V. Broderick, S. Bertram Friedman,* and *Joseph H. Broderick* for petitioner. *Solicitor General Fahy* for the United States. *Mr. Osmond K. Fraenkel* filed a brief on behalf of the American Civil Liberties Union, as *amicus curiae,* in support of the petition.

No. 552. Interstate Transit Lines *v.* Commissioner of Internal Revenue. March 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. Joseph F. Mann* and *Nelson Trottman* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Joseph M. Jones* for respondent.

No. 660. Moline Properties, Inc. *v.* Commissioner of Internal Revenue. March 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Bart A. Riley* and *Thomas H. Anderson* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *J. Louis Monarch* for respondent.

No. 640. Bailey, Administratrix, *v.* Central Vermont Railway, Inc. March 8, 1943. Petition for writ